1  KIMBERLY A. SANCHEZ
   Acting United States Attorney
2  ARIN C. HEINZ
   LUKE BATY
3  Assistant United States Attorney
   MISDEMEANOR UNIT
4  2500 Tulare Street, Suite 4401
   Fresno, California 93721
5  Telephone: (559) 497-4000

6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

8

9                  UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11
   UNITED STATES OF AMERICA,            Case No. 5:25-cr-00004-CDB
12
                   Plaintiff,           [5:25-po-00151-CDB; Citation #E2152201 CA/10]
13
   v.
14                                       MOTION AND ORDER FOR DISMISSAL
   VEGAS B. MONROE
15
                   Defendant.
16

17

18
        The United States of America, by and through Kimberly A. Sanchez, Acting United States
19
   Attorney, and Arin C. Heinz, Assistant United States Attorney, hereby moves to dismiss Case No. 5:25-
20
   cr-00004-CDB [Citation #E2152201 CA/10] against VEGAS B. MONROE, without prejudice. On July
21
   16, 2025, the Government received new information. Accordingly, the Government moves to dismiss
22
   this case based on the new information learned and the interests of justice, pursuant to Rule 48(a) of the
23
   Federal Rules of Criminal Procedure.
24

25 ///

26 ///

27 ///

28 ///

                                        1

DATED: July 17, 2025

Respectfully submitted,

KIMBERLY A. SANCHEZ
Acting United States Attorney

By:    /s/ *Arin C. Heinz*
ARIN C. HEINZ
Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:25-cr-00004-CDB [Citation #E2152201 CA/10] against VEGAS B. MONROE be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:    **July 21, 2025**

_____
UNITED STATES MAGISTRATE JUDGE

2

U.S. v. Monroe
Case No. 5:25-cr-00004-CDB